**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

EDGAR ROLANDO A. A.,

Petitioner,

v.

PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; and TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*;

Respondents.

Case No. 26-cv-1389 (LMP/JFD)

**ORDER TRANSFERRING CASE**

---

Petitioner Edgar Rolando A. A. is a resident of Minneapolis, Minnesota, and a citizen of Ecuador. ECF No. 1 ¶ 31. He was apprehended by Immigration and Customs Enforcement ("ICE") in Minneapolis on December 15, 2025. *Id.* ¶ 35. He spent several days in ICE custody in Minnesota but was transported to an ICE facility in Pine Prairie, Louisiana, at least one month ago and has remained in Louisiana. *Id.* ¶ 12. He brings this habeas action seeking release or, in the alternative, a bond hearing. *Id.* at 21–22.

This Court has previously explained that "'[f]or core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.'" *Valentina T. M. v. Easterwood*, No. 26-cv-542 (LMP/DJF) (D. Minn. Feb. 4, 2026) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004)). Two exceptions exist, *see id.*, but neither is applicable here, as it is clear that petitioner was detained in Louisiana at the time he filed this petition. ECF No. 1 ¶ 3. Accordingly, the Court lacks

jurisdiction over his petition and will transfer it to the Western District of Louisiana. *See Fausto T. v. Bondi*, No. 26-cv-748 (PJS/EMB), ECF No. 3 (D. Minn. Jan. 27, 2026).

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** this matter is **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

Dated: February 12, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge